Form 3-1

UNITED STATES COURT OF INTERNATIONAL TRADE           FORM 3

```
INTERGLOBAL FOREST, LLC


                                    Plaintiff,
   v.

UNITED STATES,
                                    Defendant.
```

S U M M O N S   CIT Appeal 22-00053

**TO:** The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

/s/ Mario Toscano
Clerk of the Court

1. InterGlobal Forest, LLC - U.S. importer of subject merchandise
   (Name and standing of plaintiff)

2. Antidumping Duty and Countervailing Duty Orders on Certain Hardwood Plywood Products from the People's Republic of China, Enforce and Protect Act (EAPA) Investigation No. 7252, Final Scope Ruling (Jan. 21, 2022)
   (Brief description of contested determination)

3. January 21, 2022
   (Date of determination)

4. _____
   (If applicable, date of publication in Federal Register of notice of contested determination)

/s/ Ignacio J. Lazo
Signature of Plaintiff's Attorney

February 22, 2022
Date

Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

Ignacio J. Lazo
Cadden & Fuller LLP
2050 Main Street, Suite 260
Irvine, CA 92614
ilazo@caddenfuller.com

SEE REVERSE SIDE

Form 3-2

**SERVICE OF SUMMONS BY THE CLERK**

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)

Attorney in Charge
International Trade Field Office Department of Justice
Civil Division Room 346, Third Floor
26 Federal Plaza
New York, NY 10278

Supervising Attorney
Civil Division
Commercial Litigation Branch
U.S. Department of Justice
Room 12124
1100 L Street, NW
Washington, DC 20530

General Counsel
United States Department of Commerce
14th Street and Constitution Avenue, NW
Washington, DC 20230